THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kelton G. Busby, SBN 022834
kbusby@cavanaghlaw.com
Levi T. Claridge. SBN 032583
lclaridge@cavanaghlaw.com
Kerry M. Griggs, SBN 016519
kgriggs@cavanaghlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lance Swinney,<br><br>     Plaintiff,<br><br>v.<br><br>K.Z., Inc., Star RV, LLC.,<br><br>     Defendants. | NO. 4:19-cv-00225-JGZ<br><br>**NOTICE OF SETTLEMENT** |

   Notice is hereby given that the above-captioned matter has been resolved as to all claims between Plaintiffs and Defendants. A Stipulation and proposed Order of Dismissal with Prejudice will follow pending execution of the closing documents.

   DATED this 13th day of February, 2020.

                              THE CAVANAGH LAW FIRM

                              By /s/ Levi T. Claridge
                                   Kelton G. Busby
                                   Kerry M. Griggs
                                   Levi T. Claridge
                                   Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and electronic copy to the following party:

Luis Ramirez
Consumer Rights Protection Center, LLC
1425 W. Elliot Road, #201
Gilbert, Arizona 85233
Attorney for Plaintiff


    /s/    Darlene Dahl