THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kelton G. Busby, SBN 022834
kbusby@cavanaghlaw.com
Levi T. Claridge. SBN 032583
lclaridge@cavanaghlaw.com
Kerry M. Griggs, SBN 016519
kgriggs@cavanaghlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Lance Swinney,<br><br>     Plaintiff,<br><br>v.<br><br>K.Z., Inc., Star RV, LLC.,<br><br>     Defendants. | NO. 4:19-cv-00225-JGZ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 13th day of February, 2020.

　　　　　　　　　THE CAVANAGH LAW FIRM

　　　　　　　　　By  /s/ *Levi T. Claridge*
　　　　　　　　　　　Kelton G. Busby
　　　　　　　　　　　Kerry M. Griggs
　　　　　　　　　　　Levi T. Claridge
　　　　　　　　　　　Attorneys for Defendants

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

CONSUMER RIGHTS PROTECTION CENTER LLC

By /s/ Luis Ramirez (w/permission)
    Luis Ramirez
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and electronic copy to the following party:

Luis Ramirez
Consumer Rights Protection Center, LLC
1425 W. Elliot Road, #201
Gilbert, Arizona 85233
Attorney for Plaintiff


   /s/    Janet Cliffton