# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lance Swinney, | No. CV-19-00225-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| K.Z. Incorporated, et al., | |
| Defendants. | |

The Parties filed a Stipulation to dismiss this case with prejudice. Good cause appearing,

IT IS ORDERED that the Parties' Stipulation for Dismissal with Prejudice (Doc. 22) is GRANTED. The Parties shall bear their own costs and attorneys' fees.

The Clerk of the Court is directed to close the file in this action.

Dated this 18th day of February, 2020.

_____
Honorable Jennifer G. Zipps
United States District Judge